# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1308
_____

KISHON LARHAME BIRCH,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 10, 2021


PER CURIAM.

   AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William Mallory Kent of Kent & McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.